**2**

W. J. BLAKELEY v. STATE. (No. 10211.) (Court of Criminal Appeals of Texas. May 5, 1926.) Appeal from District Court, Falls County; Prentice Oltorf, Judge. Nat Llewellyn, of Marlin, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

HAWKINS, J. Conviction is for swindling; the punishment being two years in the penitentiary. Appellant has filed his affidavit, advis-

ing this court that he no longer desires to prosecute his appeal, and requesting that it be dismissed. The appeal is dismissed.

---

**1**

A. F. GOODWIN v. STATE. (No. 10220.)
(Court of Criminal Appeals of Texas. May 5, 1926.) Appeal from Criminal District Court, Dallas County; Felix D. Robertson, Judge. John A. Ballowe, of Dallas, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

HAWKINS, J. Conviction is for theft by conversion of an automobile. The punishment is two years in the penitentiary. The record contains neither statement of facts nor bills of exception. In such condition, nothing is presented for review. The judgment is affirmed.

---

**2**

H. L. MORALES v. STATE. (No. 10129.)
(Court of Criminal Appeals of Texas. April 21, 1926.) Appeal from District Court, Atascosa County; Covey C. Thomas, Judge. R. R. Smith, of Jourdanton, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

HAWKINS, J. Conviction is for theft of a horse. Punishment is two years in the penitentiary. The record comes before us without statement of facts or bills of exception. The objections to 'the charge cannot be appraised, in the absence of the facts, and likewise the relevancy or otherwise of the refused special charges cannot be determined. The judgment is affirmed.

---

**3**

Jess SEWELL v. STATE. (No. 10256.)
(Court of Criminal Appeals of Texas. May 5, 1926.) Appeal from District Court, Bell County; Lewis H. Jones, Judge. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The offense is robbery with firearms; punishment fixed at confinement in the penitentiary for a period of 25 years. Upon the request of the appellant, duly verified by his affidavit in writing, the appeal is dismissed.

---

**4**

Robert STEVENSON v. STATE. (No. 10144.) (Court of Criminal Appeals of Texas. May 5, 1926.) Appeal from District Court, Fayette County; M. C. Jeffrey, Judge. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

HAWKINS, J. Conviction is for burglary. The punishment is eight years in the penitentiary. The record contains neither statement of facts nor bills of exception. In this condi-

---

tion, nothing is presented for review. The judgment is affirmed.

---

**5**

Kenneth TAYLOR v. STATE. (No. 10117.)
(Court of Criminal Appeals of Texas. May 5, 1926.) Appeal from Titus County Court; E. L. Myers, Judge. Seb F. Caldwell, of Mt. Pleasant, for appellant. Sam Williams, Co. Atty., and J. A. Ward, both of Mt. Pleasant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

LATTIMORE, J. Conviction in the county court of Titus county of violating the medical practice act; punishment fixed at a fine of $50. By an affidavit duly executed and filed, appellant makes known to us his desire to withdraw his appeal in this case. The appeal will accordingly be, and the same is hereby, ordered abated.

---

**6**

Minnie THOMAS v. STATE. (No. 10222.)
(Court of Criminal Appeals of Texas. May 5, 1926.) Appeal from Criminal District Court, Dallas County; Felix D. Robertson, Judge. Huling P. Robertson, of Dallas, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The offense is robbery; punishment fixed at confinement in the penitentiary for a period of five years. Upon the written motion of the appellant, duly verified, the appeal is dismissed.

---

**7**

Willis TILLEY v. STATE. (No. 10053.)
(Court of Criminal Appeals of Texas. April 7, 1926. Rehearing Denied May 12, 1926.) Appeal from District Court, Howard County; W. P. Leslie, Judge. Mose Carter, of Colorado, Tex., and Clyde E. Thomas, of Big Springs, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The offense is burglary; punishment fixed at confinement in the penitentiary for a period of two years. The indictment was not attacked; nor is there complaint of the rulings of the court upon the admission and rejection of evidence. The store of M. N. Brown was burglarized and property taken therefrom. The written confession of the appellant specifically admits the commission of the crime, giving the details, and among other things the name of the person to whom he sold a part of the stolen property. The purchaser testified as a witness, corroborating the confession, and there were also other corroborating circumstances. Perceiving nothing in the record which warrants a reversal of the judgment, an affirmance is ordered.

---

**8**

Leo WRIGHT v. STATE. (No. 10128.)
(Court of Criminal Appeals of Texas. April 28, 1926.) Appeal from District Court, Fan-